**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7040**

———————————

GEORGE JOYNER,

Plaintiff - Appellee,

versus

E. W. MURRAY; E. C. MORRIS; L. W. HUFFMAN; L.
M. SAUNDERS; D. K. SMITH; B. W. SOLES; LOU
DIXON; AMY WOOTEN; STANLEY JONES; LIEUTENANT
ELDRIDGE; LIEUTENANT WILSON; SERGEANT TONEY;
SERGEANT MANN; SERGEANT HUDDLESTON; CORREC-
TIONAL OFFICER SMITH, 8-4 Shift; CORRECTIONAL
OFFICER AUSTIN; CAPTAIN SPEAS; LIEUTENANT
YATES; SERGEANT TERRY; SERGEANT PHILLIPS;
SERGEANT SMITH; E. O. TRENT; SERGEANT
ELDRIDGE, 4-12 Shift; CORRECTIONAL OFFICER
WADDELL, 8-4 Shift; CORRECTIONAL OFFICER
LASCOLETTE,

Defendants - Appellants,

and

MICHAEL A. SHUPE; NURSE DILLARD,

Defendants.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Jackson L. Kiser, Chief District
Judge. (CA-93-583-R)

———————————

Submitted: March 18, 1997          Decided: April 17, 1997

———————————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Joyner, Appellant Pro Se. Martha Murphey Parrish, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order entering judgment for Appellee and awarding him damages in this action filed pursuant 42 U.S.C. § 1983 (1994). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation as to the merits of Appellee's privacy claim and find no reversible error. We further find that the damages awarded did not constitute an abuse of discretion. Accordingly, we affirm on the reasoning of the district court. Joyner v. Murray, No. CA-93-583-R (W.D. Va. May 30, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2